# Frankie & Gentile, P.C.

Attorneys at Law
1527 Franklin Avenue
Suite 104
Mineola, New York 11501

James G. Frankie
Joseph A. Gentile

Phone: 516-742-6590
Fax: 516-742-6875

March 27, 2017

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201-1818

Re: <u>United States v. Raul Granados-Rendon</u>
    CR 11-557 (KYM)

Dear Judge Matsumoto:

Our office is requesting authorization for the payment of a social psychologist-psychiatrist in an amount in excess of the statutory cap to visit the defendant at the MDC with an interpreter and to conduct psychological and intellectual test assessment of the defendant's intellectual acumen.

It has been reported that Mr. Granados-Rendon has a first grade level of education and does not read or write his native language, Spanish. Also, my interpreter has reported some difficulty in his comprehension of complex legal concepts and analysis.

Accordingly, it is requested that your Honor authorize payment for expert services exceeding the statutory cap in this matter. Our office will be utilizing the services of an expert with the Nassau Alternative Counseling Center located at 151 Herricks Road, Garden City Park, New York.

Thank you for your consideration in this matter.

Very truly yours,

Joseph Gentile

JG:ao

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

    - against -                        ORDER
                                              CR11-557 (KAM)

RAUL GRANADOS RENDON,

                Defendant.

------------------------------------X

       It is hereby ordered that, pursuant to the Criminal Justice Act, counsel for the defendant, Raul Granados Rendon, is authorized to employ the services of a psychiatrist or social psychologist affiliated with the Nassau Alternative Counseling Center located at 151 Herricks Road, Garden City Park, New York to perform any appropriate testing and evaluation regarding the intellectual and social/psychological background of the defendant.

       It is understood that compensation will be at the approved CJA rate for expert services and that the services provided will exceed the statutory cap for the expert services.

                                                  _____

                                                  Hon. Kiyo A. Matsumoto