UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X

UNITED STATES OF AMERICA

   - against -                                     ORDER
                                                CR11-557 (KAM)

RAUL GRANADOS RENDON,

                     Defendant.

-----------------------------------X

    It is hereby ordered that, pursuant to the Criminal Justice Act, counsel for the defendant, Raul Granados Rendon, is authorized to employ the services of a translator (J. Carlos Venant) in order to translate several declarations of victims/witnesses provided in discovery material from the government. Counsel for Mr. Granados-Rendon has furnished a breakdown of the words for each translation and a per word charge, which is accompanied by a letter request with this order.

    WHEREFORE, this Court authorizes compensation in the amount of $1,867.50 which constitutes the translation of a 2 page discovery letter as well as 5 declarations which are in the Spanish language.

_____
Hon. Kiyo A. Matsumoto
4/3/17