UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

   - against -                                 ORDER
                                            CR11-557 (KAM)

RAUL GRANADOS RENDON,

                    Defendant.

------------------------------X

It is hereby ordered that, pursuant to the Criminal Justice Act, counsel for the defendant, Raul Granados Rendon, is authorized to employ the services of a psychiatrist affiliated with the Nassau Alternative Counseling Center located at 151 Herricks Road, Garden City Park, New York to perform any appropriate testing and evaluation regarding the intellectual and social/psychological background of the defendant.

It is understood that compensation will be at the rate of $200 per hour, and that the services will not exceed the amount of $2,400 in accordance with the estimate submitted by the Nassau Alternative Counseling Center in this matter.

_____
Hon. Kiyo A. Matsumoto

April 4, 2017