# Frankie & Gentile, P.C.

Attorneys at Law
1527 Franklin Avenue
Suite 104
Mineola, New York 11501

James G. Frankie
Joseph A. Gentile

Phone: 516-742-6590
Fax: 516-742-6875
frankieandgentile@gmail.com

October 23, 2018

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201-1818

Re:  United States v. Raul Granados-Rendon
     CR 11-557 (KYM)

Dear Judge Matsumoto:

Based on the loss affidavit and the statements of the government letter dated October 22, 2018, our office will not oppose this issuance of a restitution order consistent with the provided documentation.

Additionally, consistent with the provisions of Sec. 3553(A), Mr. Granados-Rendon has advised me that his daughter, Jacqueline (age 6), will be unable to attend elementary school as his common-law wife, Beatrice, does not have sufficient funds to pay typical school costs such as books and expenses.  The probation report indicates she earns approximately $32.00 per week as a seamstress, and the cost of housing and food require these funds to be utilized for these purposes.

Jacqueline is watched on a farm by Mr. Granados-Rendon's in-laws, one of whom is significantly ill.  It is genuinely tragic that his daughter will be suffering the similar fate as he did as a child with regard to education.  Once again, it is hoped that he could return to Mexico as soon as practicable to assist his common-law wife and daughter who are living at a poverty subsistence level.  Our office thought it would be appropriate to forward this supplemental information to the Court.

Very truly yours,

*[signature]*

Joseph Gentile