Docket & File

**BEFORE: MATSUMOTO U.S.D.J.     DATE: 12/3/2018     TIME: 11:00a.m. -1:00p.m.**
**CRIMINAL CAUSE FOR SENTENCING**

**11CR557 (KAM) U.S.A. v. Raul Granados-Rendon** (C) ✓ present.
**DEFENSE COUNSEL:** Joseph Gentile  ✓ present      ✓ CJA

A.U.S.A: **Jennifer Sasso**     USPO: **Jennifer Fisher**   C/R: **L.Danelczyk**   Deputy: **S. Jackson**

✓ CASE CALLED.              ✓ DEFENDANT SWORN AND INFORMED OF RIGHTS
✓ SENTENCING HELD.          ✓ STATEMENTS OF DEFENDANT AND COUNSEL HEARD
✓ COURT ACCEPTED DEFENDANT'S PLEA OF GUILTY TO COUNTS 1 and 2 of a 21 count Indictment

**IMPRISONMENT:** On Count 1: 5 years. On Count 2: 96 months to run concurrently with credit for time served since Mr. Granados-Rendon was in custody on June 27, 2016 on US government extradition request.
**SUPERVISED RELEASE:** 5 years with special conditions

1. If Mr. Granados-Rendon is deported, he need not served the terms of his supervised release in the United States and he shall not reenter the United States illegally.

2. Mr. Granados-Rendon shall comply with his Order of Restitution and the Special Assessment provision incorporated herein and the Sex Offender Registration requirements mandated by law.

3. Mr. Granados-Rendon is encouraged to avail himself in the BOP's Financial Responsibility Program that will assist him with making payments towards his outstanding Restitution and Assessment obligations. Payments of restitution may be made from his commissary account.

**RESTITUTION**
Restitution is ordered in the amount of $1,305,393.80, due immediately and payable at a minimum rate of $25 per quarter while in custody. Restitution may be paid from defendant's commissary account or through BOP Financial Responsibility Program. Upon his release, starting on the first day of each month and continuing until the restitution amount is fully paid. Restitution shall be paid at a minimum monthly rate of 10% of gross monthly income after deductions required by law, or $100 per month, whichever is greater. Payments shall be made to the Clerk of Court, U.S. District Court, 225 Cadman Plaza East, Brooklyn, NY 11201 on the first date of each month and shall reference the case name and docket number on the check. Payments made to the Clerk of Court will be sent upon receipt to Jane Doe No. 2 in the Indictment, a/k/a Jane Doe C at an address to be provided to Clerk of Court.

**OTHERS:**
Special Assessment : $200.   JVTA Assessment: $100   Fine: 0.00   Restitution: $1,305393.80

* Remaining Counts **4, 6, 11, 20 + 21** of the indictment are dismissed on motion of the govt.
* Defendant advised of Right to appeal
* Govt to arrange for the return of defendant's property, if any,
* ICE Detainer
* Transcript Ordered.

Spanish Int: Mario Mitchelano.